IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOBBI JO CRAMER** | : | **CIVIL ACTION NO. 3:13-cv-2665** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Cohn)** |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the above captioned action is a November 21, 2014 Report

and Recommendation of the Magistrate Judge.  No objections have been filed to the

Report and Recommendation. **ACCORDINGLY**, this 10th day of December, 2014, upon

review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Cohn.

2)   The decision of the Commissioner of Social Security denying Plaintiff's social

security disability insurance is **VACATED** and the case is **REMANDED** to the

Commissioner of Social Security to develop the record fully, conduct a new

administrative hearing and appropriately evaluate the evidence in accordance with the

Court's Report and Recommendation.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court